UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ronald Douglas Wright,                                    Case No. 3:26-cv-205

        Plaintiff,

     v.                                                        ORDER AND
                                                          JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On February 4, 2026, United States Magistrate Judge Reuben J. Sheperd issued a Report and

Recommendation ("R & R") recommending I deny Plaintiff's application to proceed *in forma*

*pauperis.*  (Doc. No. 4).  In the R & R, he notified the parties:

> Within 14 days after being served with a copy of this report and recommendation, a
> party may serve and file specific written objections to the proposed findings and
> recommendations of the magistrate judge. Rule 72(b)(2), Federal Rules of Civil
> Procedure; *see also* 28 U.S.C.§ 636(b)(1); Local Rule 72.3(b). . . . Failure to file
> objections within the specified time may result in the forfeiture or waiver of the right
> to raise the issue on appeal either to the district judge or in a subsequent appeal to
> the United States Court of Appeals, depending on how or whether the party
> responds to the report and recommendation. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th
> Cir. 2019).

(*Id.* at 4).

More than fourteen days passed, and no party filed any objection to the R & R.  I consider

their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and

adopt Judge Sheperd's R & R in its entirety as the final Order of this Court.  Accordingly, Plaintiff's

motion to proceed *in forma pauperis* is denied.  (Doc. No. 2).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge